# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WAYNE ESCORT

NO. 2024 KW 0281

**JULY 1, 2024**

---

In Re:    Wayne Escort, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, Nos. 20-205767, 22-210817, 22-210828.

---

BEFORE:    **THERIOT, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                    **MRT**
                    **AHP**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT